**Order entered June 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00176-CR

**RAYMOND ELLIS NEWSOME, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-20384-W**

## ORDER

When appellant did not provide us with written verification that he had paid or made arrangements to pay for the reporter's record, we ordered the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3. We then ordered appellant's brief filed by April 28, 2018. When the brief was not filed, we notified appellant by postcard dated May 2, 2018 and directed him to file a brief along with a motion to extend time to file the brief by May 12, 2018. To date, no brief has been filed and we have had no correspondence from appellant.

Therefore, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal or whether appellant has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain

appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to Judge Tracy Holmes, Presiding Judge, 363rd Judicial District Court; to retained counsel Scottie Allen; and to the Dallas County District Attorney.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.


/s/     LANA MYERS
        JUSTICE